| Approved, SCAO | | | Original - Court    2nd copy - Defendant<br>1st copy - Officer    3rd copy - Plaintiff |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>DISTRICT COURT<br>EAST. DIST. OF MICHIGAN | **REQUEST AND ORDER TO<br>SEIZE PROPERTY** | | **CASE NO.**<br>04x70075 |

**Court address**
231 W. Lafayette Blvd., Detroit, MI 48226

**Court telephone no.**
(313) 234-5005

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Raleigh General Hospital<br>1710 Harper Road, Beckley, WV 25801-3397 | v | Jiab Sulciman, D.O., P.C.<br>23500 Park Street, Dearborn, MI 48188 |

**FILED**
**JUL - 6 2005**
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

### REQUEST AND VERIFICATION

1. On 05/26/2005 a judgment was granted in this case upon which the following is now due:
   - Amount of judgment $ 240,334.01    Interest to this date $ _____    Post judgment costs $ _____
   - Total $ 240,334.01    Less credits received $ _____    Balance due to date $ _____
   *Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.
2. The plaintiff requests the court issue an order to seize the property of the following defendant(s):

Jiab Sulciman, D.O., P.C.
**Name**                              **Date of birth (if available)**

**Name**                              **Date of birth (if available)**

I declare that the statements above are true to the best of my information, knowledge, and belief.

06/28/2005                                                                                                  P67549
**Date**                          Plaintiff/Attorney signature                                              **Bar no.**
One Woodward Ave., Suite 1550          Detroit               MI       48375    (313) 237-7300
**Address**                       **City**                **State**    **Zip**    **Telephone no.**

### ORDER

**TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER - YOU ARE ORDERED TO:**

1. Seize and sell, according to law, any of the personal property (as determined by the officer) of defendant(s) named above in the **Request and Verification** that is not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.
2. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell any of the real property of defendant(s) not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.
3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.
[X] 4. Deposit proceeds of sale with the court after deducting statutory fees and statutory expenses.
[ ] 5. Claim and Delivery Only: Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
6. You must endorse the month, day, year, and hour that you receive this order, and **that time is the effective date of this order.** You must execute and return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.
7. You may not continue collecting on this order after the return date except as indicated in item 6.

JUL - 6 2005
**Date**                                                        **Judge**                                        **Bar no.**
Order to be served by: _____
                      Court officer/Deputy sheriff

**ENDORSEMENT:** I certify that I received this order on _____ at _____ .
                                                         Date                      Time

Court officer/Deputy sheriff

TO THE DEFENDANT: The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.

MC 19  (6/04)  **REQUEST AND ORDER TO SEIZE PROPERTY**                          MCL 600.2920, MCL 600.6002, MCR 3.106